**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF M.M. | : | No. 76 WAL 2017 |
| | : | |
| | : | |
| PETITION OF: R.M., NATURAL FATHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.